# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARIO RIVERO<br>*Individually and on behalf of all*<br>*Others similarly situated*<br>       Plaintiff,<br><br>v.<br><br>D'JAIS, LLC<br>*A New Jersey Corporation*  et al.<br><br>       Defendant. | : : : : : : : : : : : : : | Civil Action No. 18-12697 (FLW)<br><br><br>**ORDER OF DISMISSAL** |

It having been reported to the Court that the above-captioned action has been settled as to all defendants and that the request for an order of dismissal is not based upon a desire to adjourn or delay the proceedings herein;

IT IS on this 27th Day of January 2020,

ORDERED THAT:

(1) This action is hereby DISMISSED without costs and without prejudice to the right, upon motion and good cause shown, within 120 days, to reopen this action if the settlement is not consummated; and

(2) If any party shall move to set aside this Order of Dismissal as provided in the first paragraph or pursuant to the provisions of Fed. R. Civ. P. 60(b), in deciding such motion the Court retains jurisdiction of the matter to the extent necessary to enforce the terms and conditions of any settlement entered into between the parties.

                                                                        s/Freda L. Wolfson
                                                                        Freda L. Wolfson
                                                                        United States Chief District Judge