| | |
|---|---|
| **Heinkel Law LLC** | **DeNittis Osefchen Prince, P.C.** |
| PO Box 1345 | 525 Route 73 N. |
| W. Caldwell, New Jersey 07007 | Marlton, NJ 08053 |
| Ph: (973)784-2088 | T.: 856-797-9951 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARIO RIVERO,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>D'JAIS, LLC, a New Jersey corporation,<br><br>　　　　　　　　　Defendant. | Hon. Freda L. Wolfson<br>C.A. No.: 3:18-cv-12697-FLW-ZNQ<br><br>**STIPULATION AND AGREED ORDER ENTERING JUDGMENT AGAINST DEFENDANT** |

　　　　Upon the joint request of plaintiff Mario Rivero ("Plaintiff") and defendant D'JAIS, LLC ("Defendant"), for the entry of a Final Judgment in favor of Plaintiff and against the Defendant, with its consent, the Court finds as follows:

　　　　A.　The Defendant indicated its consent to the entry of this Judgment, and through such consent, has waived any objection to the Court's exercise of both personal and subject matter jurisdiction in this matter over it to allow for the entry of this Judgment.

　　　　B.　The Court, having been so advised, hereby finds the Defendant indebted to Plaintiff, for a breach of a Settlement Agreement entered into on January 16, 2020 ("Settlement Agreement") that resolved this action filed for Defendant's violations of the Telephone Consumer Protection Act ("TCPA"), in the amount of $30,000 ($40,000 – initial payment of $10,000) plus interest of $150 (1.5% accruing daily) and attorney's fees of $3,120, for a total judgment of **$33,270**, as set forth below.

According, **IT IS HEREBY ORDERED:**

1. Final Judgment is hereby granted and entered in favor of Plaintiff and against the Defendant, for breach of the Settlement Agreement based upon the violations of the TCPA as set forth in Count One and Count Two of the First Amended Complaint filed on January 29, 2019, in the United States District Court for the District of New Jersey, Case No. 3:18-cv-12697-FLW-ZNQ, entitled *Mario Rivero v. D'JAIS,LLC, a New Jersey Corporation,* in the amount of $30,000 in this action, plus interest in the amount of $150.00 and attorney's fees in the amount of $3,120.00, **for a total judgment of $33,270.00**.

2. This Court specifically retains jurisdiction over enforcement of the terms of this Judgment, including, but not limited to, any supplementary proceedings brought to enforce this Judgment.

**IT IS SO ORDERED**, this __4th__ day of __May__ 2020

_____
UNITED STATES DISTRICT JUDGE

DATED:

**APPROVED AS TO FORM:**

s/ Daniel W. Heinkel  
Daniel W. Heinkel, Esq. (DH 9516)  
Heinkel Law LLC  
PO Box 1345  
W. Caldwell, New Jersey 07007  
Ph: (973)784-2088  

*Attorneys for Defendant*

s/ Ross H. Schmierer  
Ross H. Schmierer, Esq. (RS 7215)  
DeNittis Osefchen Prince, P.C.  
525 Route 73 N  
Marlton, NJ 08053  
T.: 856-797-9951  

*Attorneys for Plaintiff*